UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

TYRONE HOLLOWAY, :
:
        Plaintiff, :
    v. : No. 2:16-cv-03779
:
ERIC FEDER; RUFUS SETH WILLIAMS; :
CHARLES H. RAMSEY, :
:
        Defendants. :
_____

**O R D E R**

    **AND NOW,** this 22nd day of August, 2017, upon consideration of Defendant Eric Feder's Motion to Dismiss, ECF No. 10, Defendant Rufus Seth Williams's Motion to Dismiss, ECF No. 13, and Defendant Charles H. Ramsey's Motion for Judgment on the Pleadings, ECF No. 14, and for the reasons set forth in the accompanying opinion issued this date, it is **ORDERED** that:

1. Defendant Feder's Motion to Dismiss, ECF No. 10, is **GRANTED**;
2. Defendant Williams's Motion to Dismiss, ECF No. 13, is **GRANTED**;
3. Defendant Ramsey's Motion for Judgment on the Pleadings, ECF No. 14, is **GRANTED**;
4. Plaintiff Tyrone Holloway's Complaint is **DISMISSED** with prejudice; and
5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                              BY THE COURT

                              */s/ Joseph F. Leeson, Jr.*
                              JOSEPH F. LEESON, JR.
                              United States District Judge